**Order filed January 15, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00927-CV
_____

### STEPHANIE  LYNN  CHATHAM, Appellant

### V.

### BLAKE  DWAYNE  DOOLAN, Appellee

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-241661**

## O R D E R

Appellant's brief was due January 2, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 8, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM